UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-66-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO DEMETRIUS BELL | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that the Federal Bureau of Investigation may dispose of the firearms relevant to this case pursuant to its regulations.

This 9 April 2013.

_____
W. Earl Britt
Senior U.S. District Judge